⍟AO91 (Rev. 12/03) Criminal Complaint

CTB by RAJE

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA
V.
TARIK ATUM RE EL, aka Darren Martese Key
YASHUA ANK BEY EL, aka Nkem Obote Wilson
NANYA SHAABU EL, aka Sean Wesley Henry

**CRIMINAL COMPLAINT**

Case Number: 1:06 m 0/70

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 22, 2006__ in __Davidson__ County, in
(Date)
the __Middle__ District of __North Carolina__ defendant(s) did,

*(Track Statutory Language of Offense)*

with intent to defraud, falsely pretend to be diplomatic officials of a foreign government duly accredited as such to be the United States and act as such; and knowingly and willfully made materially false, fictitious, or fraudulent statements or representations;

in violation of Title __18__ United States Code, Section __915__.

I further state that I am a(n) __DSS Resident Agent in Charge__ and that this complaint is based on the
Official Title
following facts:

**See Attachment**

Continued on the attached sheet and made a part of this complaint: x Yes ☐ No

_____
Signature of Complainant

Greg A. Sherman
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 23, 2006                                        at    Winston-Salem, North Carolina
Date                                                      City and State

Russell A. Eliason, United States Magistrate Judge         _____
Name and Title of Judge                                    Signature of Judge

## AFFIDAVIT

I, Greg A. Sherman, hereafter designated as Affiant, having been duly sworn, do hereby depose and state as follows:

(1) I am a Special Agent with the Diplomatic Security Service (DSS) and have been so employed for nearly nine (9) years. Prior to joining the DSS, I was employed as a police officer for the city of Columbia, South Carolina, for nearly one year. As part of my official duties, I am assigned to investigate persons who have provided or utilized false identity documents and to protect foreign diplomats, among others.

(2) On May 22, 2006, Detective Jerry Soles of the Davidson County (NC) Sheriff's Office observed a gold Chrysler PT Cruiser (Florida plate E66-7HZ) following too closely to another vehicle on southbound I-85 at mile marker 85. Detective Soles attempted to execute a traffic stop and, after refusing to stop for approximately four miles, the vehicle exited the freeway and stopped at mile marker 88. Davidson County Detective Soles, Lt. Marvin Potter, and Deputy Jones removed the vehicle's three occupants, identified as TARIK ATUM RE EL (a/k/a Darren Martese Key), date of birth October 1, 1982; YASHUA ANK BEY EL (a/k/a Nkem Obote Wilson), date of birth March 24, 1971; and NANYA SHAABU EL (a/k/a Sean Wesley Henry), date of birth February 20, 1971, from the vehicle, at which time all three occupants claimed to be accredited diplomats from the "Moorish" nation with

diplomatic immunity in the United States, producing several types of identification documents - including a letter reportedly signed by Secretary of State Condoleeza Rice - in an attempt to substantiate this claim.

(3) Davidson County Sheriff's Office Lt. Marvin Potter contacted the U.S. State Department's Diplomatic Security Command Center (DSCC). The DSCC contacted the U.S. State Departments Office of Protocol, which maintains the official registry of accredited diplomats in the United States, to determine the diplomatic status of the three individuals. State Protocol confirmed that the individuals were not officially accredited diplomats and had no claim to diplomatic immunity. It was also learned that Mr. NANYA SHAABU EL (a/k/a Sean Wesley Henry) and Mr. YASHUA ANK BEY EL (a/k/a Nkem Obote Wilson) had attempted to enter the U.S. Department of State in Washington, DC on the morning of May 22, 2006, by claiming to be Diplomats. NANYA SHAABU EL (a/k/a Sean Wesley Henry) and YASHUR ANK BEY EL (a/k/a Nkem Obote Wilson) were turned away by State Department security personnel after being unable to verify the validity of their identity documents.

(4) A search of the vehicle by Det. Soles incident to the traffic stop revealed 7 grams of marijuana and a 9mm handgun in the vehicle. The search also revealed four backpacks containing numerous identification documents in various identities.

(5) Upon information and belief, Affiant believes probable cause exists that on May 22, 2006, TARIK ATUM RE EL (a/k/a Darren Martese Key), date of birth October 1, 1982; YASHUA ANK BEY EL (a/k/a Nkem Obote Wilson), date of birth March 24, 1971; and NANYA SHAABU EL (a/k/a Sean Wesley Henry), date of birth February 20, 1971, did with intent to defraud, falsely pretend to be a diplomatic official of a foreign government duly accredited as such to the United States and act as such, in violation of Title 18, United States Code, Section 915.

This the 23rd day of May, 2006.

_____
Greg A. Sherman
Resident Agent in Charge
Diplomatic Security Service
Greensboro, North Carolina

Subscribed and sworn to before
me this 23rd day of May 2006.

_____
The Honorable Russell A. Eliason
United States Magistrate Judge

3