Xヒゅチハーチハ

## Statement of Fact

June 15, 2006

TO: U.S.M.S.
Middle District of North Carolina
251 North Main Street Room 304
Winston-Salem, N.C. 27101

Re: Authenticated documents from U.S. Secretary Authentication Office in Washington, D.C. of May 24, 2006.

FILED JUL 10 2006 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

Today at Approx. 11:25 AM a U.S.M.S. employee stated that the documentation that we [:Tarik:Atum-Re:El; :Yashua-Ank Bey-el; :Nanya-Shaabu:El:©] had in our possession and was transferred with us from Davidson County to the FDC Building in Forsyth County is not in their possession. I would like to know then Who (State of North Carolina or FBI) is in possession of my legal documentation for my Case (1:06CR 171-3). Since U.S.M.S. Stated in Court "I know which papers he is making reference to your Honor, U.S.M.S. does not have any of his property.", therefore U.S.M.S. knows who has my Financial and legal documents so U.S.M.S. is violating the following laws they swore uphold including Support and Defense of the Constitution for the United States of America: Title 18 U.S.C. Sec 241, 242, 243; title 42 U.S.C. Sec 1986, 1985, 1983; Title 28 U.S.C. Sec. 1360, title 18 U.S.C. Sec 666; title 39 U.S.C. Sec 601; title 18 U.S.C. Sec 1700-1709; 1836 Treaty of Marrakesh; Presidential Proclamation 7500; title 4 U.S.C. Sec 1-4; title 28 U.S.C. Sec 1350.

In Accord with the Freedom of Information Act
Title 5 U.S.C. Sec 552(a)
I Require the following information pursuant to Title 42 U.S.C. 1986

[:Nanya-Shaabu:El]

1) The name of U.S.M.S. middle district of North Carolina Bonding/Surety Company; Insurance Company of U.S.M.S.

2) All orders of Restraint and Comittment papers ordering me detained (as well as) [:Tarik:Atum-re:El and :Yashua-ahk:Bey-El]

3) All Affidavits and Witness Statements By U.S.M.S. For case #1:06 CR 171-3.

4) Bond number of All Agents involved in our Transfer from Davidson County to the FDC Building on May 23, 2006; Badge number, name, official title, Surety Company/Insurance Company; Badge Number, Bonding company.

5) Order to seize our private-Cargo; documentation and Deny and Obstruct our rightful, legal and lawful Access to our Property. Notice To Principal is Notice To Agent, Notice to Agent Notice to Principal. Quality under the law is Paramount and Mandated by law.

Thus far the Actions of U.S.M.S. and its Agents has been: Obstructive; Conspiratorial; Corrupt and irresponsible/callous. Your lack of Public Duty and Obedience to the laws you are supposed to honor and uphold, proves to me Beyond a shadow of doubt, that U.S.M.S. and the other parties you are contracted with have no Respect for law, rights, Indigenous Peoples Rights, Treaties and International law; Otherwise you I wouldn't be trying so hard to keep my Private-Cargo from me (us).

By :[:Nanya-Shaabu:El:®] U.C.C. 1-207 All Rights Reserved

Indigenous, Sovereign Yamassee Native American Moor RR 703 113 832 US

Billy Hue
Public Notary

:Nanya-Shaabu:El
July 3, 2006

April 14, 2007
My Commission Expires
[:Nanya-Shaabu:El:®]

title 4 U.S.C. Sec 1-4
title 28 U.S.C. Sec 753, 454, 455
title 28 U.S.C. Sec 1330
title 18 U.S.C. Sec 1621

## Affidavit/Statement of fact of Knowledge Given to Judge Tilly _____ in District Court in Greensboro, North Carolina. (June 14, 2006)

### Fact. 1

A matter must be expressed for being resolved. In commerce truth is Sovereign. Truth must be expressed in the form of an Affidavit, an Affidavit not rebutted stands as the truth in Commerce. An Affidavit unrebutted becomes the judgement in Commerce. A truth Affidavit, Under Commercial law, can only be satisfied by: Truth Affidavit rebutted point for point, by payment, by agreement, by resolution or by Common law rules, by a Jury. Equality under the law is Paramount and Mandated by law. Notice to Principal is Notice to Agent Notice to Agent is Notice To Principal.

### Fact. 2

I, [:Nanya-Shaabu:El:©]©™, Maku (chief) of the At-sik-hata Clan of Yamassee Native American Moors (United Nations IPO #2718) am Flesh and Blood, I am not a Corporation, Fiction or Artificial Entity (O.C.G.A 1-2-1; O.C.G.A 1-2-2) and I Deny Corporate Existence. I am not under the Jurisdiction of the United STATES (a Corporate company) or the STATE OF NORTH CAROLINA, a Corporate entity under its Jurisdiction under the legislative Act of 1871 (called the D.C. Act) I am a: Non-Resident Alien (26 U.S.C. Sec 7701(b)(1)(b), 26 CFR 1.871-2; title 28 U.S.C. Sec 1350; Presidential Proclamation 7500) I am a Secured Party with a lien on the Corporation UNITED STATES (U.C.C. Financing Statement - 060200513869; 11051872) and Postmaster-General (RR 703 115 987 US) RR 703 113 822 - Claim of the life) of the At-sik-hata Clan of Yamassee Native American Moors (1836 treaty of Marrakesh).

title 18 U.S.C Sec 1621    Fact. 3    title 18 U.S.C. Sec 241

On or about June 14TH, 2006 in Federal District Court in Greensboro, North Carolina, I, [:Nanya-Shaabu: El:@]©™, stated to Judge(sic) Tilly, that my correct name is Nanya-Shaabu:El and that the name in his file NANYA SHAABU EL©™ is a corporation and my property which is copyrighted/Trademark and protected in Accord with title 17 U.S.C and anyone who uses my name without my consent is a 'USER' and will be charged $750,000.00 dollars Silver for unauthorized use; I am not a corporation and I deny corporate existence. I stated that I am a Secured Party with a lien on the United States. I told the Judge I presume you have an Oath, I will also presume that you are aware that there are fringes around the 50-Star flag which is a mutilated Flag making this Court an Admiralty court which is a violation of title 4 U.S.C.. The Flag of the United States is 48 stars with 13 red and white stripes; there is no provision for an Eagle (gold) on or part of the Flag. I also stated that I ACCEPT FOR VALUE All CHARGES IN CASE 1:06 CR 171-3 AND RETURN THE CHARGES IN ACCORD with HJR-192; Public law 73-10; Congressional record of March 17, 1993 vol. 33 Page H-1303 dealing with the Bankruptcy of the UNITED STATES; for Discharge, Closure and Settlement. I told the (Judge(sic)) Tilly that according to Federal Rule 2B, I am allowed legal materials pertaining to my case, I have documents which have $1.00 Fox Stamps cancelled by the post office making the documents mail and that the U.S.M.S. is obstructing the mail (documents (5) have been Authenticated by U.S. Secretary of State Authentication office with Condoleezza Rice's Signature and Great Seal of the United States.) which is a violation under title 18 U.S.C. Sec 1700-1709 and I am not being given my Private Cargo) legal documents.

## Fact. 4

I stated to Federal District Court (Judge (sic) <u>Tilly</u>), that the court does not have Jurisdiction, or Subject matter Jurisdiction, and where is the Continuance of Evidence requiring me to be in a Vessel in dry dock titled in puerto rico? (R.I.C.O.) I am Maku of the Atsik-hata Clan of Yamassee Native American Moors our UNIPO #2718, Notice has been Sent to the President George W. Bush; Department of Homeland Security, U.S. Postmaster-General John E. Potter; U.S. Secretary of State; U.S. Congress; Governor of the State of Georgia Sonny Perdue and that I Have a treaty with the Governor of the State of Georgia.

## Fact. 5

Federal District Court (Judge (Sic) <u>Tilly</u>), Stated that he did not know what I [:Nanya-Shaabu:El:®]©™, the Indigenous Flesh and Blood man a Sovereign Moor, Yamassee Native American, was being charged with or what the charges were. He, <u>Jul. Tilly</u> also entered a Plea of Not Guilty, which is a violation of title 28 U.S.C. chapter 21 § 453, I objected and told the Judge I have not retained him, I have no contract with him or the Court and that he cannot practice law from the bench and I do not wish to Contract with this Court in accord with F.R.C.P. Rule 12(b)(7).

## Fact. 6

I told the Judge (Sic) <u>Tilly</u>, I do not want an Attorney because an Attorney's is an officer of the Court and is An Agent of England whose Job is to take your assets, land and property and turn it over to the State, I Have Power of Attorney-in-Fact over the Corporation <u>NANYA SHAABU EL</u>©™ which is on file with DOCIP (Documentation for Indigenous People) in Geneva, Switzerland. I stated I am Indigenous and Sovereign.

## Fact. 7

...nowledge (title 42 U.S.C. Sec 1986; title 18 U.S.C. Sec 666) has been given
... Federal District Court in Greens Boro, to (Judge (sic) Tilly
... relation to alleged Case 1:06 CR 171-3 that the name
JANYA SHAABUEL©™ in all capital letters is a violation under title
... U.S.C. Sec. 1341, 1342 and 18 U.S.C. Sec 1001, 1002; Alleged Case
...06 CR 171-3 must be Vacated; since court Administrator is aware
...ourt administrator is also Guilty of the following violations: title 18 U.S.C.
...apter 79: § 1621; Perjury of the Oath; title 28 U.S.C. Sec 453: Chapter 21: For
...e Oaths of the Justices and Judges (sic); title 28 U.S.C. chapter 21 § 455:
...ick of the Qualification of the Justice, Judge sic or magistrate; title 28
...S.C. Chapter 47 § 1001, 1002 Fraud and False Statement; Title 18 U.S.C. chapter
...1: § ~ 872: Tortion by the Officers or Employees of the United States, title
... U.S.C. Chapter 115 § 2384: SEDITIOUS-CONSPIRACY; TITLE 28 U.S.C.
...hapter 21 § 454: Practice of the law by the Justices and Judges sic;
...ivil-claim: RULE 12(b)(3): Improper-Venue; Civil-Claim: RULE 12(b)(2)
...ack of Personal Jurisdiction; Civil-claim RULE 12(b)(5): Improper-
...ocess; the Judges Canon-1; Treason (TITLE 4 U.S.C. Sec 1-4); title 18 U.S.C
...hapter 63 ~ 1342 Fictitious Name; title 18 U.S.C.: Chapter 153: Accessory
...fter the fact; title 18 U.S.C. Sec 241 - Denial of Due Process, 242, 243;
...HE 18 U.S.C. Sec 666; Presidential Proclamation 7500; Executive Order 13107;
...336 Treaty of Marrakesh; Article III, VI; the Bill of Rights; United Nations
...ovenant on Economic, Social and Cultural Rights Resolution 2200 (XXI) of
... December 1966 - Part II Article 5 Section I, Ratified by the United States
...f America October 5, 1977; title 28 U.S.C. Sec 1360, 1350; Charter of the
...nternational Military Tribunal, Nuremburg; F.R.C.P. 12(b)1; F.R.C.P. 12(b)7;
...agans v. Lavine, 415 U.S. 533; International Convention on the Suppression
...d Punishment of the Crime of Apartheid; Haines v. Herner; VI Amendment;
...ouse Resolution 2431; U.S. vs Guthie; 789 F 2d 356 (5th Cir. 1986); Haines v. Kerner,
...04 U.S. 519: Public law 73-10; title 28 U.S.C. §1605-1607; title 28 U.S.C. § 1330(c)

title 18 U.S.C. ch. 47 §1001      Fact. 7 Continued      Title 18 USC ch. 1~3
title 18 U.S.C. Sec 1341                                 title 18 U.S.C. Sec 1700-1709

Melo v. U.S., 505 F2d 1026; Joyce v. U.S., 474 F2d 215; Lantana v. Hooper, 102 F2d 188, OLD WAYNE MUT. L. ASSOCIATION v. McDONOGH 204 U.S. 8, 27 S.Ct 236 (1907); ASIS v. U.S. 568 F2d. 264.; title 28 U.S.C. Sec 1330-1330(a); title 26 U.S.C. 7214; title 18 U.S.C. 3231; title 28 U.S.C. 1746(1); title 28 U.S.C. Sec 2284; 1778 Articles of Confederation and Perpetual Union; 1787 U.S. Constitution including its Preamble and Bill of Rights.

## Conclusion

(Judge(sic)) ___Tilly___, has been Given Knowledge in accord with title 42 U.S.C. Sec 1986 and title 18 U.S.C. Sec. 666 and must Vacate all charges in Alleged Case 1:06 CR 171-3, 171-2 and 171-1. Any disregard of the Facts as Stated in Fact. 7, will make (Judge (sic)) ___Tilly___, guilty of the same violations as pointed out in Fact. 7, confirming that the so-called Judge and the U.S. Federal Court for the District of North Carolina in Greensboro is operating in a De-facto Status, and not a de Jure Status, having no Jurisdiction, Subject matter Jurisdiction and with the full Knowledge that: Court, clerk, Judge (sic), officers of the court are directly, willfully and Knowingly violating Article III Section II and Article VI Clause II for the constitution for the united States of America; as well as the IV amendment to the constitution.

## Relief Sought

For charges in alleged case 1:06 CR 171-3 to be Vacated in Accord with title 42 U.S.C. Sec 1986; title 18 U.S.C. Sec. 666; title 18 U.S.C. Sec 241, 242, 243; F.R.C.P. 12(b)(6), F.R.C.P. 12(b)(3); title 28 U.S.C. Sec 1350; For Failure to State a claim upon which relief can be granted. All private-Cargo and mail (title 18 U.S.C. Sec 1700-1709) is to be released, Instanter and returned to the Indigenous Yamassee Native American Moor who is Maku (Chief) of the At-sik-hata Clan of Yamassee Native American Moors (United Nations IAO #278)

③

## Relief Sought - Continued

nd Postmaster-General of the At-sik-hata Clan of Yamassee Native
American Moors RR 703 115 987 US; Claim of the life RR 703 113 822 US
I the Embassy of the At-sik-hata Clan of Yamassee Native American Moors
(RA 984 871 349 US) (RB 351 182 566 US)

## Jurat

At-sik-hata; Atlan; Amexem; Turtle Island; land of the Frogs. (RR 703 115 987 US)

## Notice

If any man or woman desires to answer this Affidavit, do so using your family name for signature in the Presence of a Notary Public under penalty of Perjury (title 18 U.S.C.: Chapter 79 §~1621) within 5 days or Default will be obtained, lack of Response, No written Response, Acquiesence is admission that facts stated herein are true, correct and irrefutable. Using a Notary on this document does not Constitute any adhesion nor does it alter my Indigenous and Soveriegn Standing. The Purpose for Notary is for Identification and Verification only, not for entrance to a foreign Jurisdiction a Benefit for: Settlers, Confederates, Europeans, Siksos; Pagans; Strangers; Morally Decrepit beings; Corrupt Individuals; Unethical Corporate officers and Companies, TamHu's; Behaymaws; Kalani's; Garibeat's; Omadu's; Spiritually Wicked entities, so they whom I pray may become knowledgeable the law and not be Alienated From their true Deity -: HUHI.

By: [:Nanya-Shaabu: El ©] Postmaster    Indigenous Affiant   title 28 U.S.C Sec 1350
U.C.C 1-207 All Rights Reserved; with Power of Attorney-in-Fact, UCC 1-103

Subscribed and Acknowledged To Before me this __26th__ day of __June__, 2006.

__Billy Idune__          :Nanya-Shaabu: El        __April 14, 2007__
NOTARY PUBLIC            July 3, 2006              My Commission Expires

Title 4 U.S.C. Sec 1-4    ARTICLE VI CLAUSE II - Constitution for the united States of America
Title 42 U.S.C. Sec 1986        Title 18 U.S.C. Sec 666
Title 42 U.S.C. Sec 1985        Title 28 U.S.C. Sec. 1360
Title 18 USC Sec 1700-1709

## Affidavit of Court Appointed Attorney Perjury

On or about the 25th of May, 2006, I was taken from my Holding Cell to see an Attorney __Robert L. McClennan__, who told me he was Appointed by the Court to Represent me. He presented me his business card and asked for my name which I confirmed my Strawman for Him. He wanted Background information from me, to which I asked Him "Do You have an Oath to Uphold My Rights?"; He Stated He had an Oath on file with the State Bar of North Carolina, I asked Him Again "Do You Have an Oath to uphold my Rights?; this is the last time I am asking you." He said "Yes" I said "Good" "let me see it"; He said "I don't carry an Oath Around with me." I said "I don't know who you are or anything about You, I signed No Contract with the Court OR You and I Told the Judge on Tuesday (May 23, 2006) I Have Power of Attorney-IN-FACT of the Copyrighted Corporation __NANYA SHAABU EL©™__ (Title 17 U.S. Anyone who uses the Nomme-De-guerre without Permission of the Secured Party is a user under Commercial Security Agreement __1971-002__ on File in Bibb, County, Georgia and is subject to $750,000.00 silver X Quadruple Damages for Unauthorized use. UCC# 11041486; I have not Given Greg A. Sherman or Russel A. Eliason Permission to use my exemption. Without my Permission these 2(two) Parties and not limited to these two Parties, agree to pay me for Copyright Violations any time After this Affidavit for Unauthorized use). I told __Robert L. McClennan__, You just Perjured Yourself; Since I Had no Contract or Retainer with Judge(sic) Russell A. Eliason, We had Nothing Further to Talk about Because there was NO CONTRACT I signed or Agreed to, to begin with.

__Robert L. McClennan__, You demonstrated to me Your Dishonesty, Fraud, Conspiracy, RICO statues, Perjury of your Oath of the State Bar of North Carolina ( You Showed me Your Card, which Proves You Have an Oath to the Bar and NOT to uphold my Rights; An Attorney's FIRST and Foremost obligation is to the __Court__, NOT their __Client__.)

__Robert L. McClennan__ AND U.S. Prosecutors, You are Hereby Fired, Fired, Fired For Trying to Pass off Your N.C. State Bar Card as an Oath to uphold My Rights, You are Declared competent, You, Your Heirs, Assigns and Agents Cannot and Will not Represent me in this matter. I Have International Power of Attorney-IN-FACT over the "Strawman" and You, the Court, the Judge, the State of North Carolina Do Not. the Prosecutor and the U.S. Attorney are stealing my exemption to Create a Financial Instrument to Monetize, I do not Consent and I do not agree to contract with the Middle District of North Carolina. I am Competent to Handle my Affairs. Prosecutor is Hereby Fired, Fired, FIRED.

Subscribed and Acknowledged to Before me this __6th__ Day of __June__, 2006.

By: [:Nanya-Shaabu:El ©]
Sui Juris in Propria Persona by Special appearance
UCC 3-305; UCC 1-207 With Power of Attorney-IN-FACT

__Billy Huie__
Notary

April 14, 2007

Title 4 U.S.C.
Title 42 U.S.C. Sec 1986
Title 18 U.S.C. Sec 241, 242, 243
Title 18 USC Sec 1621
Title 18 U.S.C Sec 1985
Title 18 U.S.C. Sec 1983
Title 18 U.S.C. Ch. 41 § 872
Title 28 U.S.C ch. 85 § 1359

RR 703 115 987 US
RR 703 113 822 US

:Nanya-Shaabu:El